IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY JASON MACHIOTE,

    Plaintiff,

  v.

Case No. 18-cv-249-bbc

DR. ROETHLISBERGER, DR. KUBER,
DR. HOFFMAN, CANDACE WARNER
AND KIM STECKER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/9/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |