Dear Judge Crabb, Oct. 8th, 2019

I am looking to appeal the judgement you issued on September 9th, 2019 in case no. 18 CV 249 bbc, Machicote v. Warner et. al.. I am unsure if there are forms I must use to do so, or what the process is, so any guidance will be deeply appreciated. ~~as possible as~~ I thank you for your time and assistance. Please have a great week!

Respectfully,

[signature]

Anthony J. Machicote, 383044
P.O. Box 4000
New Lisbon, WI 53950

Anthony J. Machicote, 383044
New Lisbon Correctional Institute
P.O. Box 4000
New Lisbon, WI 53950



United States District Ct.
Western District of Wisconsin
120 N. Henry St. Rm 320
Madison, WI 53703

53703$2559 C030