IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANTHONY JASON MACHICOTE,

        Plaintiff,

v.

KIM STECKER,

        Defendant.

AMENDED
SCHEDULING ORDER

18-cv-249-bbc

---

Following remand, on October 7, 2020, the court held a telephonic scheduling conference with plaintiff and counsel for the remanded defendant. The court acknowledged receipt of plaintiff's request for a volunteer attorney, and it advised the parties how to set up a mediation session with the clerk of court. This is the new schedule:

    **Discovery Cutoff: November 20, 2020**

    **Rule 26(a)(3) Disclosures and all motions in limine: December 4, 2020**

                                  **Objections: December 18, 2020**

    **Telephonic Final Pretrial Conference: December 30, 2020 at 10:00 a.m.**

    **Jury Selection and Trial: January 11, 2021 at 9:00 a.m.**

Entered this 7th day of October, 2020.

                                  BY THE COURT:

                                  /s/

                                  STEPHEN L. CROCKER
                                  Magistrate Judge